```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

MANISHKUMAR KHUNT, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  -against-                              No. 15 Civ. 00759 (CM)

ALIBABA GROUP HOLDING LIMITED,
JACK YUN MA, JOSEPH C. TSAI, JONATHAN
ZHAOXI LU and MAGGIE WEI WU,

      Defendants.
───────────────────────────────── x

DEVORAH KLEIN, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  -against-                              No. 15 Civ. 00811 (CM)

ALIBABA GROUP HOLDING LIMITED,
JACK YUN MA, JOSEPH C. TSAI, JONATHAN
ZHAOXI LU and MAGGIE WEI WU,

      Defendants.
───────────────────────────────── x

CLAIRE RAND, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  -against-                              No. 15 Civ. 00991 (CM)

ALIBABA GROUP HOLDING LIMITED,
JACK YUN MA, JOSEPH C. TSAI, JONATHAN
ZHAOXI LU and MAGGIE WEI WU,

      Defendants.
───────────────────────────────── x

(Caption continued on following page)

```
―――――――――――――――――――――――――――――x
JAMES AND CHRISTINE ZIOLKOWSKI,
Individually and on Behalf of All Others Similarly
Situated,

                Plaintiffs,

        -against-                                   No. 15 Civ. 01405 (CM)

ALIBABA GROUP HOLDING LIMITED,
JACK YUN MA, JOSEPH C. TSAI, JONATHAN
ZHAOXI LU and MAGGIE WEI WU,

                Defendants.
―――――――――――――――――――――――――――――x
```

## SCHEDULING ORDER

McMahon, J.:

The court sets the following schedule for the filing of a Consolidated Amended Complaint and a response thereto:

1. A consolidated amended complaint must be filed by the *earlier* of (a) 20 business days after the decision from the Joint Panel on Multi-District Litigation (JPMDL) on the pending motion to consolidate and transfer, or (b) June 30, 2015.

2. Defendants must move or answer with respect to the Consolidated Amended Complaint by July 31, 2015.

3. Anticipating a motion rather than an answer, Plaintiffs must file their responsive papers by August 28, 2015.

4. Reply papers on the motion are due September 11, 2015.

Once any motion is decided, the parties will have six months to complete discovery.

Dated: May 8, 2015

                                                    _____
                                                                U.S.D.J.

BY ECF TO ALL COUNSEL